SEMICONDUCTOR MANUFACTURING INTERNATIONAL (SHANGHAI) CORPORATION, Appellant,

v.

TAIWAN SEMICONDUCTOR MANUFACTURING CO., LTD., Appellee.

No. 2010–1441.

United States Court of Appeals, Federal Circuit.

Feb. 28, 2011.

## ON MOTION

### *ORDER*

Upon consideration of the parties' "Stipulation of Dismissal," which the court treats as a joint motion to voluntarily dismiss this appeal from *Semiconductor Manufacturing International (Shanghai) Corporation v. Taiwan Semiconductor Manufacturing Co., Ltd.,* TTAB/Opposition Nos. 91171146 and 91171147,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.